BRUCE N. FURUKAWA (State Bar No. 157303)
bnf@severson.com
PHILIP BARILOVITS (State Bar No. 199944)
pb@severson.com
VERITA J. MOLYNEAUX (State Bar No. 250875)
vjm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ENHANCED SERVICES BILLING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| VOICEMAIL CLUB, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ENHANCED SERVICES BILLING, INC., a Delaware corporation, <br><br> Defendant. | Case No. CV 12-2189 MEJ <br><br> **[~~PROPOSED~~] ORDER EXTENDING ENHANCED SERVICES BILLING, INC.'S TIME TO RESPOND TO COMPLAINT** <br><br><br> The Honorable Maria-Elena James |

PURSUANT to the STIPULATION of the parties, and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that Defendant Enhanced Services Billing, Inc. shall file and serve its response to the complaint on or before June 25, 2012.

DATED:   June 5, 2012            _____
                                   Magistrate Judge
                                   United States District Court

12077.0007/2230564.1

1

[Proposed] Order Extending Time to Respond to Complaint
Case No.: CV 12-2189 MEJ