# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| VOICEMAIL CLUB INC, <br><br>  Plaintiff(s), <br><br> v. <br><br> ENHANCED SERVICES BILLING INC, <br><br>  Defendant(s). | No. C 12-02189 MEJ <br><br> **ORDER PERMITTING TELEPHONIC APPEARANCE AT HEARING** |

This matter is scheduled for a Case Management Conference on August 2, 2012 at 10:00 a.m. Now before the Court is the request of Joseph G. Dick, counsel for Plaintiff, to appear telephonically. Good cause appearing, the request is GRANTED. However, Joseph G. Dick, Counsel for Plaintiff is ORDERED to contact the courtroom deputy, Rose Maher, at (415) 522-4708, and provide a local or toll-free number at least 48 hours prior to the hearing. At the time of the hearing, counsel shall stand by at the number provided until called by the Court.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge