1  BRUCE N. FURUKAWA (State Bar No. 157303)
   bnf@severson.com
2  PHILIP BARILOVITS (State Bar No. 199944)
   pb@severson.com
3  VERITA J. MOLYNEAUX (State Bar No. 250875)
   vjm@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  ENHANCED SERVICES BILLING, INC.

9

10                    UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

12

| VOICEMAIL CLUB, INC., a California corporation,<br><br>   Plaintiff,<br><br>   vs.<br><br>ENHANCED SERVICES BILLING, INC., a Delaware corporation,<br><br>   Defendant. | Case No. CV 12 2189 MEJ<br><br>**JOINT STIPULATION TO POSTPONE RESPONSIVE PLEADING TO COMPLAINT**<br><br>The Honorable Maria-Elena James |
|---|---|

20      IT IS HEREBY STIPULATED by and between the parties, through their respective

21  counsel of record, that the response of Defendant Enhanced Services Billing, Inc. ("Defendant") to

22  the complaint of Plaintiff Voicemail Club, Inc. ("Plaintiff") may be filed on or before June 29,

23  2012.

24      The parties agree that a continuance is appropriate because counsel has undertaken initial

25  meet and confer discussions regarding proper jurisdiction and venue, amendment of the complaint,

26  and/or re-filing of portions of the complaint under seal pursuant to L.R. 79-5.

27      The parties further request that, because of the nature of the ongoing meet and confer

28  discussions, the Case Management Conference, currently scheduled for July 28, 2012, be

1 continued to August 31, 2012 or to a date thereafter that is convenient to the Court's calendar.

2       Pursuant to Civil Local Rule 6-1(a), a stipulation extending the time within which to
3 answer or otherwise respond to a complaint in an action is permitted without order of the Court,
4 provided the extension will not alter the date of any event or any deadline already fixed by Court
5 order.

6       This stipulation will not alter any Court imposed date or deadline and is without prejudice
7 to the rights, claims, defenses and arguments of all parties.

8

9 DATED:  June 25, 2012         SEVERSON & WERSON
                                       A Professional Corporation
10

11
                                       By:    /s/ *Verita J. Molyneaux*
12                                             Verita J. Molyneax
                                       Attorneys for Defendant
13                                       ENHANCED SERVICES BILLING, INC.

14

15 DATED:  June 25, 2012         DICKS & WORKMAN, APC

16

17                                        By:    /s/ *Joseph G. Dicks*
                                            Joseph G. Dicks
18                                       Attorneys for Plaintiff
19                                      VOICEMAIL CLUB, INC.

20

21                                      The Case Management Conference is **continued to September 6, 2012 at 10:00 a.m.**, Courtroom B, 15th Floor. Case Management Statements are due August 30, 2012 and shall be E-filed with the Court.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

Dated:  6/26/2012

**ATTESTATION OF SIGNATURE**
**(N.D. Cal General Order 45)**

I, Verita J. Molyneaux, hereby attest that concurrence in the filing of the following document: **JOINT STIPULATION TO POSTPONE RESPONSIVE PLEADING TO COMPLAINT** has been obtained from all of the signatories.

Dated:  June 25, 2012

                                                        /s/ Verita J. Molyneaux