UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOICEMAIL CLUB, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED SERVICES BILLING, INC., a Delaware corporation,<br><br>Defendant. | Case No. 12-cv-02189-MEJ<br><br>Action Filed: May 2, 2012<br><br>[PROPOSED] ORDER RE PARTIES' REQUEST TO CHANGE TIME FRAMES ON DEFENDANT'S MOTION TO DISMISS<br><br>Date:        August 9, 2012<br>Time:       10:00 a.m.<br>Courtroom:  B, 15th Floor<br><br>Magistrate Judge Maria-Elena James |

Pursuant to the parties' Joint Stipulation Requesting an Order Changing Time Frames on Defendant's Motion to Dismiss, and pursuant to Civil L.R. 6-1(b) and L.R. 6-3, and GOOD CAUSE APPEARING therefore, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss, currently scheduled for August 9, 2012, be continued to __August 30, 2012 at 10:00_ a.m. Plaintiff's opposition papers are due 21 days before the rescheduled hearing date, and Defendant's reply papers are due 14 days before the rescheduled hearing date.

Dated: July 16, 2012

_____
Maria-Elena James
United States Magistrate Judge