UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| VOICEMAIL CLUB, INC, | No. C 12-2189 MEJ |
| Plaintiff, | **ORDER VACATING CMC & RELATED DEADLINES** |
| v. | |
| ENHANCED SERVICES BILLING, INC, | |
| Defendant. | |

    This matter is currently scheduled for a case management conference on September 6, 2012. However, as there is a pending motion to dismiss, the Court VACATES the September 6 conference and all related CMC and ADR deadlines. The Court shall reschedule the conference, if necessary, upon resolution of Defendant's motion to dismiss.

    **IT IS SO ORDERED.**

Dated: July 30, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge